```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                          ATLANTA  DIVISION

IN RE:  DAVID W. CONNER,           {  CHAPTER 13
                                   {
                                   {
        DEBTOR(S)                  {  CASE NO. A18-58700-BEM
                                   {
                                   {  JUDGE ELLIS-MONRO
```

## SUPPLEMENTAL
## OBJECTION TO CONFIRMATION

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  Though the proposed Chapter 13 plan includes provisions in Section 3.4, the appropriate box has not been checked in Section 1.2 possibly rendering those provisions ineffective

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

December 4, 2018

```
                                         /s
                            _____
                            Sonya M. Buckley, Esq.
                            for Chapter 13 Trustee
                            GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

DAVID W. CONNER
3826 LEBANON CHURCH RD
WEST MILLFIN, PA 15122

ATTORNEY FOR DEBTOR(S):

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BLDG 3, STE A
ATLANTA, GA 30341

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 4TH  day of December, 2018

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
sonyab@atlch13tt.com